# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cr-707-6 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | |
| ) | |
| AKIEL WARDLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## OPINION AND ORDER

Akiel Wardley seeks early termination of his supervised release. The record shows that Mr. Wardley has largely done well on supervision. He has more than a dozen negative drug tests. He has no violations. And he appears to have a good support system. Today, Mr. Wardley is missing one important thing—a stable source of income. The Court knows that he is pursuing disability. If Mr. Wardley receives disability, or obtains a job that can accommodate his medical conditions, the Court will reconsider this ruling and grant early termination as soon as Mr. Wardley can demonstrate that he can support himself financially. The record demonstrates that Mr. Wardley should be able to meet this last objective shortly. Accordingly, the Court **DENIES** the motion for early termination **WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: October 15, 2024

*[signature]*

J. Philip Calabrese
United States District Judge
Northern District of Ohio